IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| RAY FLAKE and CATHY FLAKE | § § § § | |
| Plaintiffs, | § | |
| vs. | § § | Civil Action No. 3:07-0925 |
| SCHRADER-BRIDGEPORT INTERNATIONAL, INC. f/k/a/ SCHRADER AUTOMOTIVE, INC., et al., | § § § § § | Honorable William J. Haynes, Jr. |
| Defendants. | § | |

| | | |
|---|---|---|
| JON ARMSTRONG and CHARLOTTE ARMTRONG, | § § § | |
| Plaintiffs, | § § | |
| vs. | § § | Civil Action No. 3:07-0926 Honorable William J. Haynes, Jr. |
| SCHRADER-BRIDGEPORT INTERNATIONAL, INC. f/k/a/ SCHRADER AUTOMOTIVE, INC., et al., | § § § § § | |
| Defendants. | § | |

| | | |
|---|---|---|
| DONALD and KRISTI ADKINS, et al. | § § § | |
| Plaintiffs, | § | |
| vs. | § § | Civil Action No. 3:07-0927 Honorable William J. Haynes, Jr. |
| SCHRADER-BRIDGEPORT INTERNATIONAL, INC. f/k/a/ SCHRADER AUTOMOTIVE, INC., et al., | § § § § | *ORDER* This motion was granted |
| Defendants. | § | 4-6-10 |